Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-0016RSL |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| ION ARMEANCA, | |
| Defendant. | |

Pursuant to CrR 32 (c)(1)(A), Local Rules W.D. Wash., the government's request that the United States' Memorandum and all responses and replies in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 3rd day of July, 2012.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

*s/Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

ORDER to Seal/
United States v. Armeanca, CR011-0016RSL–1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970